

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2014

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on August 12, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court